UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:15-cv-23775-PCH

**RANDY JOSEPH,**
and other similarly situated individuals,

    Plaintiff(s),

v.

**CANAL MANAGEMENT, INC.,**
a Florida Profit Corporation,
**ANTHONY ASKOWITZ,** individually,

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties in the above-styled action have settled this matter in its entirety. Accordingly, no hearing will be necessary. Additionally, the parties request ten (10) business days to file the Joint Motion for Approval of Settlement.

Dated: January 4, 2015

Respectfully submitted by,

Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637
Rainier Regueiro, Esq.
Florida Bar No. 115578
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone: 305-416-500

-2-

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 4, 2015 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Anne Marie Estevez**
Morgan Lewis & Bockius
200 S Biscayne Boulevard
Suite 5300 Wachovia Financial Center
Miami, FL 33131-2339
305-415-3330
Fax: 305-415-3001
Email: aestevez@morganlewis.com

Rainier Regueiro, Esq.
Florida Bar No. 115578