# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-23775-PCH

RANDY JOSEPH, and other similarly
situated individuals,

    Plaintiffs,

v.

CANAL MANAGEMENT, INC., a Florida
Profit Corporation, ANTHONY
ASKOWITZ, individually,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT

This matter is before the Court upon the parties' Joint Motion for *In Camera* Review and Judicial Approval of the Parties' confidential FLSA Settlement Agreement and Release and Dismissal of Action. The parties have delivered a signed copy of their confidential FLSA Settlement Agreement and Release to the Court for an *in camera* review, and the Court has carefully considered and reviewed it. The Court has also reviewed the Stipulation of Dismissal With Prejudice. Based on that review, the Court hereby finds that the parties' compromise represents a fair and reasonable resolution of *bona fide* disputes over FLSA provisions; that the Plaintiff is receiving a reasonable and satisfactory recovery of her claims, and payment of attorneys' fees and costs; and that the settlement terms represent a fair and equitable resolution of this matter. Accordingly,

IT IS HEREBY ORDERED that the confidential FLSA Settlement Agreement and Release, executed by Plaintiff and Defendant, and the parties' Stipulation of Dismissal With Prejudice, are APPROVED. The Court is to retain jurisdiction for sixty (60) days to enforce the settlement.

This case, and the claims asserted herein by Plaintiff, is hereby DISMISSED WITH PREJUDICE. All pending motions are denied as moot.

DONE AND ORDERED in Chambers in Miami-Dade, Florida this ___ day of January, 2016.

                                        _____
                                        HONORABLE PAUL C. HUCK